

JAKE LASALA

ATTORNEY AT LAW

125-10 QUEENS BOULEVARD - SUITE 320
KEW GARDENS, NEW YORK 11415
TELEPHONE 1-(718) 261-7695
FACSIMILE 1-(718) 261-3482

October 9, 2018

Honorable Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Semyon Grinblat, Individually and on behalf of all others similarly situated
vs. 9005 Myrtle Corp and Metro Dealer Stations, LLC
Civil Action No.: 18-CV-4291 and**

**Semyon Grinblat, Individually and on behalf of all others similarly situated
vs. Woodhaven Liquor Corp and Metro Dealer Stations, LLC
Civil Action No.: 18-CV-4337**

Dear Magistrate Judge Tiscione:

      I represent the Defendants, 9005 Myrtle Corp and Metro Dealer Stations, LLC and Woodhaven Liquor Corp and Metro Dealer Stations, LLC with reference to the above-referenced matter.

      I have been in discussions with plaintiff's attorney, Michael Grinblat, Esq., to resolve this matter. We have reached a general agreement between the parties and substantial efforts are being made to reach a resolution. I am respectfully requesting a two week adjournment of time within which the parties may execute a Stipulation of Settlement. This is the first adjournment of this matter.

      Mr. Grinblat has consented to this request.

      Permit to respectfully thank you for your consideration in this matter.

      Respectfully submitted,

      /s/ *Jake LaSala*

JL/sc      JAKE LASALA

cc: Michael Grinblat, Esq.
    Clerk of the Court