FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 14 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Semyon Grinblat,

                Plaintiff,

      - against -

9005 Myrtle Corp. et al,

                Defendants.

------------------------------------------------------------X

ORDER OF DISCONTINUANCE

1:18-cv-04291-ENV-ST

VITALIANO, D.J.

The Court having been advised that this action has been settled,

Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

The Clerk is directed to close this case.

SO ORDERED.

DATED:    Brooklyn, New York
               11/13/2018

                                         s/Eric. N. Vitaliano, USDJ
                                         ERIC N. VITALIANO
                                         U.S.D.J.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEMYON GRINBLAT, individually and on
behalf of all others similarly situated,

                              Plaintiff,        **STIPULATION OF
                                               DISCONTINUANCE WITH
     -against-                          PREJUDICE**

                                                    CASE NO.: 18-cv-4291-ENV-ST

9005 MYRTLE CORP. and
METRO NY DEALER STATIONS, LLC,

                              Defendants.
-----------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** by and between the attorney for the Plaintiff, Semyon Grinblat, and the attorney for the Defendants, 9005 Myrtle Corp. and Metro NY Dealer Stations, LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the above-entitled action, it is hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

       **IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

                                    [SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| Signed: October 19, 2018 | Signed: October 19, 2018 |
| *Michael Grinblat* | *Jake LaSala* |
| Michael Grinblat, Esq. (4159752) | Jake LaSala, Esq. |
| Attorney for the Plaintiff<br>Law Offices of Michael Grinblat<br>817 Broadway, Fourth Floor<br>New York, NY 10003<br>Tel: (347) 796-0712<br>Fax: (212) 202-5130<br>Email: michael.grinblatesq@gmail.com | Attorney for the Defendants<br>Jake LaSala, Esq.<br>125-10 Queens Boulevard, Suite 320<br>Kew Gardens, NY 11415<br>Tel: (718) 261-7695<br>Fax: (718) 261-3482<br>Email: jlasalaesq@aol.com |